UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| CITY OF MEMPHIS and SHELBY COUNTY, ) | |
| ) | |
| Plaintiffs, ) | Case No. 2:09-cv-02857-STA-cgc |
| ) | |
| v. ) | |
| ) | |
| WELLS FARGO BANK, N.A., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS

The Court having considered Plaintiffs' Motion to Dismiss With Prejudice, and the parties having previously filed a Joint Notice of Resolution on June 14, 2012 (D.E. # 117), it is HEREBY ORDERED that the motion is GRANTED, and that this action is dismissed with prejudice.

IT IS SO ORDERED this 3rd day of July, 2010.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT COURT JUDGE